## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Mark A. Trent | ) | |
|     Plaintiffs | ) | Case No: 13 C 0479 |
| | ) | |
| v. | ) | |
| | ) | Judge Charles P. Kocoras |
| Board of Education of the City of Chicago, and Susan M. O'Keefe, Individually, | ) ) ) | |
|     Defendant | ) | |
| | ) | |

## ORDER

This case is dismissed with prejudice with each party to bear their own fees and cost pursuant to parties stipulation of dismissal (Doc. [33]). All deadlines and status hearing set for 3/4/2014 are hereby stricken. Civil case terminated.

Dated: 3/3/2014

_____
CHARLES P. KOCORAS
United States District Court Judge